# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

TRACEY C. ALLEN,

               Plaintiff,

    v.

OFFICER ZACHARY MELVIN and CITY
OF DETROIT,

               Defendants.

Case No. 26-cv-10402
Hon. Brandy R. McMillion

_____/

## STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL

This matter is before the court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Todd Perkins of The Perkins Law Group, PLLC and Joel B. Sklar are hereby substituted as counsel for Plaintiff Tracey C. Allen in the above-entitled cause in the place and stead of Jacob K. Yeater and the Law Office of Mike Morse.

**IT IS FURTHER ORDERED** that Jacob K. Yeater and the Law Office of Mike Morse shall be removed from the e-filing in this matter on behalf of Plaintiff.

**IT IS SO ORDERED.**

Dated:  April 30, 2026

s/Brandy R. McMillion
Hon. Brandy R. McMillion
U.S. District Judge

Stipulated by:


s/ Todd Russell Perkins
Todd Russell Perkins (P55623)
PERKINS LAW GROUP, PLLC
Substituted Attorneys for Plaintiff


s/ Joel B. Sklar
Joel B. Sklar (P38338)
Substituted Attorney for Plaintiff

s/ Jacob K. Yeater (with consent)
Jacob K. Yeater (P72741)
Attorney for Plaintiff

2