UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Tracey C. Allen,

                              Plaintiff(s),

v.                                                  Case No. 2:26–cv–10402–BRM–CI
                                                    Hon. Brandy R. McMillion

Zachary Melvin, et al.,

                              Defendant(s),

_____

**ORDER TO SHOW CAUSE**

   IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 6/30/2026, why the above–entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.


                                        s/Brandy R. McMillion_____
                                        Brandy R. McMillion
                                        U.S. District Judge



**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/Leanne Hosking_____
                                             Case Manager


Dated:   June 16, 2026