UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRACEY C. ALLEN

                    Plaintiff(s),                              Case No.  26-cv-10402

v.

OFFICER ZACHARY MELVIN and CITY OF                            Hon. Brandy R. McMillon
DETROIT                                                            Curtis Ivy, Jr.

                    Defendant(s).

_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

OFFICER ZACHARY MELVIN                                         for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1.  The summons and complaint were served on _____ February 19, 2026 _____ at

    Detroit City Clerk's Office, City of Detroit, 2 Woodward Avenue, Room 200, Detroit, MI 48226 _ by

    certified mail.

2.  The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3.  The defendant is not an infant, incompetent person or a member of the military service.

4.  This statement is true and is signed under the penalty of perjury.

June 16, 2026                                                 s/ Joel B. Sklar _____

                                                             Joel B. Sklar (P38338)
                                                             500 Griswold, Suite 2450
                                                             Detroit, MI 48226
                                                             313-963-4529
                                                             Attorney for Plaintiff
                                                             Joel@joelbsklarlaw.com