UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tracey C. Allen,

Plaintiff(s),

v.

Case No. 2:26–cv–10402–BRM–CI
Hon. Brandy R. McMillion

Zachary Melvin, et al.,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Zachary Melvin

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ Leanne Hosking
Deputy Clerk

Dated:   June 22, 2026