UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tracey C. Allen,

                         Plaintiff(s),

v.                                          Case No. 2:26–cv–10402–BRM–CI
                                            Hon. Brandy R. McMillion

Zachary Melvin, et al.,

                         Defendant(s),

_____

### ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on 06/16/2026, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

                                        s/Brandy R. McMillion
                                        Brandy R. McMillion
                                        U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/Leanne Hosking
                                            Case Manager

Dated:   June 26, 2026